UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>ANDRE MAYARD,<br><br>                Defendant. | No. 16-CR-609 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Mayard's motion to modify his term of imprisonment. (See dkt. no. 60.) The Government shall respond to Mr. Mayard's motion no later than September 26, 2023. Mr. Mayard shall file his reply, if any, no later than October 24, 2023.

    The Clerk of the Court shall mail a copy of this order to Mr. Mayard.

**SO ORDERED.**

Dated:    August 15, 2023
            New York, New York

                                      _/s/ Loretta A. Preska_
                                      LORETTA A. PRESKA
                                      Senior United States District Judge